# Payment Documents and Decisions

Civil Action Number:  1:17-CV-02280
Claimant:             Joseph S. Fedorchak
Account Number:       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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | T2-Signed by S.Amanullah,PhD/LTedesco MD / Disability Determination Explanation, dated 06/13/2014 | 150-156 | 7 |
| 2A | T 2  Disability Determination Transmittal, dated 06/13/2014 | 157 | 1 |

DATE: February 15, 2018

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Disability Determination Explanation

This Disability Determination Explanation is for the *DIB* claim at the *Initial* level.

## CLAIMANT INFORMATION

### CLAIMANT INFORMATION

**Name**: Joseph Stanley Fedorchak
**SSN**: 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
**Phone Number**: 570-245-5220
**Secondary Phone Number**
**Address**:

| Mailing | Residence |
|---|---|
| 22 EDGE ROCK DR DRUMS, PA 18222 | 22 EDGE ROCK DR DRUMS, PA 18222 |

**Claimant Gender**: M
**Self Reported Height**: 72 inches
**Self Reported Weight**: 195.0 lbs
**Special Indications**: None.

### RELEVANT DATES

Below table represents the Relevant Dates

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI |
|---|---|---|---|---|---|---|
| 10/01/1966 | 47 years 8 months (Younger person) | 10/03/2013 | 47 years (Younger person) | 10/01/2008 | 12/31/2017 | |

Does the individual have an attorney/appointed representative? No

### ALLEGATIONS OF IMPAIRMENTS

The individual filed for Initial claim for disability on *02/10/2014* due to the following illnesses, injuries, or conditions:
   extremely high blood pressure
   severe diabetes
   shortness of breath

The individual alleges inability to function and/or work as of
   10/03/2013

## TECHNICAL ISSUES

150

Is the individual working?
No

Prior Electronic Filings
There are no prior electronic filings.

Alleged Onset Date:
10/03/2013

Has the individual performed work after the Alleged Onset Date(AOD)?
No

Has any period(s) of work been determined to be an Unsuccessful Work Attempt, Subsidized/Sheltered Work or involved Impairment-Related Work Expenses, or other technical issue?
No

# EVIDENCE OF RECORD

The following initial evidence has been received

| | |
|---|---|
| Source of Evidence | IMA PROFESSIONAL SRVCS OF P |
| EF Received | 06/02/2014 |
| Opinion | Yes |
| Evidence Type | CE Rprt |
| Level | IN |

| | |
|---|---|
| Opinion | 1 of 1 |
| Opinion Source Name | Dr Jay Willner |
| Opinion Date | 05/29/2014 |
| Is the Opinion from an Acceptable Medical Source | Yes |
| Type of Source Relationship | Non-Treating Source |
| Type of Opinion | Medical Opinion |

| | |
|---|---|
| Source of Evidence | Claimant |
| EF Received | 05/07/2014 |
| Opinion | No Evidence |
| Evidence Type | 3373-Funct Rprt-Adult |
| Level | IN |

| | |
|---|---|
| Source of Evidence | WILKES-BARRE VA MEDICAL CEN |
| EF Received | 04/18/2014 |
| Opinion | No |
| Evidence Type | MER |

151

## CLAIM COMMUNICATIONS
No general claim communications have been created.

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**
  Yes

**Select the reason(s) for which a CE(s) is required:**
  The evidence as a whole, both medical and non-medical, is not sufficient to support a decision on the claim.

**Was the treating source(s) contacted to perform the CE(s)?**
  No

**Indicate which of the following apply:**
  Specific exam needed

## FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Analysis**
Wilkes_Barre VA, reports in file indicate claimant has diagnoses of Diabetes Mellitus, Hypertension,& Major Depressive Disorder.The reports indicate the claimant has had a 302 commitment by family members due to psychotic behavior in 2010.

Dr. Jay Willner, internist consultative examination report of 5/29/14 reveals the claimant has Diabetes Mellitu, Hypertension, retinopathy and peripheral neuroapthy. His gait and station is nromal.Blood pressure was elevated at 160/100.Consultant examiner notes claimant"s mental status was essentially normal.It is also noted the claimant has a fluter in his chest consistent with atrial fibrillation. The claimant admits to shortness of breath on exertion. Lungs clear on exam.No joint deformity is noted however the claimant range of motion of the shoulders is restricted.

## 416 – CASE ANALYSES
No 416-Case Analyses have been associated with this claim.

## MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY (MDI)

### ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)

**Does the individual have one or more medically determinable impairments?**
  Yes

| IMPAIRMENT DIAGNOSIS | PRIORITY | SEVERITY |
| --- | --- | --- |
| 4010 – Essential Hypertension | Primary | Severe |
| 2960 – Affective Disorders | Secondary | Non Severe |

### PSYCHIATRIC REVIEW TECHNIQUE (PRT)

**PRT1**

**Indicate whether this Psychiatric Review Technique (PRT) assessment is for:**
  Current Evaluation

152

## 'A' CRITERIA OF THE LISTINGS

### 12.04-Affective Disorders
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

## 'B' CRITERIA OF THE LISTINGS

12.04-Affective Disorders

**Restriction of Activities of Daily Living:** Mild
**Difficulties in Maintaining Social Functioning:** Mild
**Difficulties in Maintaining Concentration, Persistence or Pace:** Mild
**Repeated Episodes of Decompensation, Each of Extended Duration:** None

## 'C' CRITERIA OF THE LISTINGS

You have indicated that the individual has either an organic mental, schizophrenic, etc., or affective disorder(s) and that the requirements in paragraph "B" of the appropriate Listing are not satisfied. Address the "C" criteria of the Listings below:
   Evidence does not establish the presence of the "C" criteria

## PRT – ADDITIONAL EXPLANATION
   The medical evidence establishes a diagnosis of depression, by history. Claimant has not had any recent hospitalizations. Claimant does not participate in any treatment. Current MSE indicates Claimant is oriented, clean, cooperative, without hallucinations/delusions or suicidal intent. There is no evidence of significant memory impairment. Claimant's ADL's are generally functional from a mental standpoint. Claimant did not allege mental limitations and therefore credibility is not assessed. There is no current MSO/TSO in file. Psychological impairment is minimal.


These findings complete the medical portion of the disability determination.

## MC/PC or SDM Signature

   Soraya Amanullah, Ph.D (38)   06/13/2014



## ADULT LISTINGS CONSIDERED

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 12.04 | Affective Disorders | | PRT 1 |

## ADULT MEDICAL DISPOSITION

**RFC Assessment Necessary** (Physical and/or Mental)

---

# ASSESSMENT OF POLICY ISSUES

## SYMPTOMS AND CREDIBILITY

Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?
   Yes

153

Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?
   No

When considering the following factors, which were the most informative in assessing the credibility of the individual's statements?

   Medication Treatment

What is your assessment of the credibility of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?
   Partially Credible
  **Credibility assessment:**
     The claimant participates in daily activities such as caring for his personal needs and performing routie household chores.He also relates well to others. He is on medications for his hypertension.

### WEIGHING OF OPINION EVIDENCE

The following displays medical opinions from non-treating or non-examining sources; it also contains 'other' opinions from treating, non-treating, non-examining or other sources:

| Source of Evidence | Opinion Source Name | Level | Opinion Date | Weight |
|---|---|---|---|---|
| IMA PROFESSIONAL SRVCS OF P | Dr Jay Willner | Initial | 05/29/2014 | |

# RESIDUAL FUNCTIONAL CAPACITY

### PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

### RFC1

Indicate whether this Physical Residual Functional Capacity (RFC) assessment is for:
   Current Evaluation

Does the individual have exertional limitations?
   Yes

### Rate the individual's exertional limitations:

Occasionally (occasionally is cumulatively 1/3 or less of an 8 hour day) lift and/or carry (including upward pulling):
   50 pounds

Frequently (frequently is cumulatively more than 1/3 up to 2/3 of an 8 hour day) lift and/or carry (including upward pulling):
   25 pounds

Stand and/or walk (with normal breaks) for a total of:
   About 6 hours in an 8-hour workday

Sit (with normal breaks) for a total of:
   About 6 hours in an 8-hour workday

154

**Push and/or pull (including operation of hand and/or foot controls):**
    Unlimited, other than shown, for lift and/or carry

**Explain exertional limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**
    SOB, Borderline Systolic LV Function, DM, NPDR;

**Does the individual have postural limitations?**
    No
**Does the individual have manipulative limitations?**
    No
**Does the individual have visual limitations?**
    No
**Does the individual have communicative limitations?**
    No
**Does the individual have environmental limitations?**
    No
**RFC - Additional Explanation**
    3367 F notes no physical difficulties; 3373 notes SOB carrying heavy objects; + DM, HTN; Activities include driving, doing indoor & outdoor choresm car & truck repairs; No AD use is noted; 3373 is detailed & elegantly completed by the claimant; Pain Q notes no analgesics; CE PE shows P 78, BP 160/100, nl gait, full squat, RRR, nl heart/lungs/abd; 2010 ECHO shows LVEF 50%, mild TRm mild anteroseptal hypokinesis; 8/12/13 VA 20/20 each OD & OS; + Mod NPDR; 4/17/13 TP encounter notes myocardial img shows low likelihood of CAD; 3373 is current; Claimant is partially credible; Nontreating provider MSS by Willner, M.D. opines no physical limitaions; The opinion is an underestimate of limitations and not supported by other evidebnce; Appropriate wgt;

**MC/PC or SDM Signature**

Louis Tedesco MD (12)    06/13/2014

## ASSESSMENT OF POLICY ISSUES - CONTINUED

**RECONCILING OF SOURCE OPINION**

This section has not been completed for this claim.

## ASSESSMENT OF VOCATIONAL FACTORS

**ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK**

Past Relevant Work:

    **Job Title:**       electrician/maintenance
    **Start Date:**      1992
    **End Date:**        2013

**Does the individual have any past relevant work (PRW)?**
    Yes

This RFC assessment, based on all of the relevant evidence, is a function-by-function evaluation of the individual's exertional and non-exertional capabilities which are required to perform work activities

**Does the individual have the RFC to perform PRW?**

155

Yes
  PRW can be performed as:

  Actually Performed

The evidence shows that the individual has some limitations in the performance of certain work activities; however, these limitations would not prevent the individual from performing past relevant work as a/an electrician/maintenance

**APPLICATION OF MEDICAL – VOCATIONAL RULES: Other Work**

This section has not been completed for this claim.

## DETERMINATION

Based on the documented findings, select the determination:
Not Disabled

**Is there medical evidence of DAA?**
  There is no evidence of any substance abuse disorder/DAA issue

### DIB Claim/228530351

**Indicate which of the following Acquiescence Rulings are applicable**
  None of the ARs considered apply to this claim

**REGULATION BASIS CODE (RBC)**

Regulation Basis Code:
  H1-20CFR404.1520(f)-DIB CLAIM

**PERSONALIZED DISABILITY EXPLANATION (PDE)**

PDE Text:
  See CAPA PDN

## SIGNATURES

**ADULT MC/PC or SDM Signature**

  Louis Tedesco MD (12)   06/13/2014


**Disability Adjudicator/Examiner Signature:**

  R Standarowski   06/13/2014

eCAT version: 8.2.1

**156**

RES　　　　　　　　　　　　　　　　BDLNH2　　　　　　　　　　　　　　　　EXHIBIT NO. 2A
SOCIAL SECURITY ADMINISTRATION　　　　　　　　　　　　　　　　　　　　　　PAGE: 1 OF 1

## DISABILITY DETERMINATION AND TRANSMITTAL

**1. DESTINATION:** DDS [X]  ODO [ ]  DRS [ ]  DQB [ ]  INTPSC [ ]
**2. DDS CODE:** S66
**3. FILING DATE:** 02/10/14
**4. SSN:** 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
**BIC (if CDB or DWB claim):**

**5. NAME AND ADDRESS OF CLAIMANT (include ZIP code):**
JOSEPH STANLEY FEDORCHAK
22 EDGE ROCK DR
DRUMS PA
18222
(570) 245-5220

**6. WE'S NAME (if CDB or DWB claim):**

**7. TYPE CLAIM (Title II):** DIB [X]  FZ [ ]  DWB [ ]  CDB-R [ ]  CDB-D [ ]  RD-R [ ]  RD-D [ ]  RD [ ]  P-R [ ]  P-D [ ]  MQFE [ ]

**9. DATE OF BIRTH:** 10/01/66
**10. PRIOR ACTION:** PD [ ]  PT [ ]
**8. TYPE CLAIM (Title XVI):** DI [ ]  DS [ ]  DC [ ]  BI [ ]  BS [ ]  BC [ ]

**12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP code):**
88 S LAUREL ST
HAZLETON PA 18201-9965
(866) 388-9878
**DO-BO CODE:** 206
**11. REMARKS:** RECEIPTED 04/09/14  AOD 10/03/13  hac

**13. DO-BO REPRESENTATIVE:**
**14. DATE:**
**11A. PRESUMPTIVE DISABILITY [ ] _____**
**11B. IMPAIRMENT [ ] _____**

### DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

**15. CLAIMANT DISABLED:** A. Disability Began [ ]  B. Disability Ceased [ ]
**16A. PRIMARY DIAGNOSIS:** Essential Hypertension  **BODY SYS:** 04  **CODE NO:** 4010
**16B. SECONDARY DIAGNOSIS:** Affective/Mood Disorders  **CODE NO:** 2960
**17. DIARY TYPE:**  **MO./YR.:**  **REASON:**

**18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)(216)(I):**
A. Not Disab. for Cash Bene. Purp. [ ]  B. Disab. for Cash Benefit Purp. Beg. [ ]
**19. CLAIMANT NOT DISABLED:**
A. Through Date of Current Determination [X]  B. Through _____ [ ]  C. Before Age 22 (CDB only) [ ]

**20. VOCATIONAL BACKGROUND:** 082-036   **OCC. YRS.:** 21   **ED. YRS.:** 14
**21. VR ACTION:** SC IN A. [ ]  SC OUT B. [ ]  Prev Ref C. [ ]

**22. REG-BASIS CODE:** H1-   **23. MED LIST NO.:**   **24. MOB CODE:**   **25. REVISED DET [ ]**
**25A.** Initial A. [X]  Recon B. [ ]  Recon DHU C. [ ]  ALJ Hearing D. [ ]  Appeals Council E. [ ]  U.S. District Court F. [ ]

**26. LIST NO:** A.  B.  C.  D. 363  E.  F.

**27. RATIONALE:** See Attached SSA-4268-U4/C4. [ ]    Check if Vocational Rule Met. Cite Rule [ ]

**28.** A. Period of Disability [ ]  B. Disability Period [ ]  C. Estab. Beg. _____ [ ]  D. Continues [ ]  E. Term [ ]

**29. LTR\PAR NO.:** DDS/DL PN
**30. DISABILITY EXAMINER-DDS:** R Standarowski
**31. DATE:** 06/13/14
**32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE:** See eCAT DDE dated 2014-06-13
**33. DATE:**
**32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type):** Louis J Tedesco MD
**32B. SPEC. CODE:** 12

**34. REMARKS:** DMA CLAIM   Disability Redesign Prototype Case

**MULTIPLE IMPAIRMENTS CONSIDERED**
**34A. COMBINED MULTIPLE NONSEVERE-SEVERE**
**34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE**

**35. BASIS CODE:**   **36. REV. DET. CODES:**   **37. REPRESENTATIVE:**   **SSA CODES:**   **38. DATE:**

Form **SSA-831-U3**   (8/94)   Electronic Input: [ ] DECISION   [ ] CASE CONTROL

157