# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. FEDORCHAK, | ) | |
| Plaintiff, | ) | NO. 1:17-CV-02280 |
| | ) | |
| v. | ) | (CONNER, C. J.) |
| | ) | (SCHWAB, M.J.) |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | **[FILED VIA ECF]** |

## SUPPLEMENTAL FILING PURSUANT TO THE COURT'S CASE MANAGEMENT CONFERENCE HELD ON DECEMBER 13, 2018

Pursuant to the Court's instructions during the case management conference held on December 13, 2018, the Acting Commissioner hereby attaches for Plaintiff's information a list of local attorneys representing social security claimants.

Respectfully submitted,

DAVID J. FREED
United States Attorney

/s/ D. Brian Simpson
D. BRIAN SIMPSON
Assistant United States Attorney
Atty ID No. OH 0071431
228 Walnut Street
Harrisburg, PA 17108
Tel: (717) 221-4482
Fax: (717) 221-4493
d.brian.simpson@usdoj.gov
Counsel for Defendant

OF COUNSEL:

Eric P. Kressman
  Regional Chief Counsel, Region III
Eda Giusti
  Assistant Regional Counsel
Office of the General Counsel
Social Security Administration

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. FEDORCHAK, | ) | |
| Plaintiff, | ) | NO. 1:17-CV-02280 |
| | ) | |
| v. | ) | (CONNER, C. J.) |
| | ) | (SCHWAB, M.J.) |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | **[FILED VIA ECF]** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of December, 2018, I caused the foregoing supplemental filing to be filed via ECF, and that I served a copy upon Plaintiff by United States Mail, postage prepaid, to the following address:

>Joseph S. Fedorchak
>1019 S. College Street
>Nanticoke, PA  18634-3517


>/s/ Amanda Endy
>Amanda Endy
>Supervisory Legal Assistant