# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH S. FEDORCHAK,** | : CIVIL ACTION NO. 1:17-CV-2280 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| Defendant | : |

## **ORDER**

AND NOW, this 6th day of February, 2019, upon consideration of plaintiff's concurred motion (Doc. 19) to withdraw complaint and dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the motion (Doc. 19) is GRANTED and plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania